E-FILED
Thursday, 06 October, 2005 12:55:45 PM
Clerk, U.S. District Court, ILCD

CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 0 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CLETUS BONES N-43426

Plaintiff,

vs.

ROGER E. WALKER JR.,ET.AL.

Defendant(s).

Case No. 05-1302
(Supplied by Clerk)

PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS

I, CLETUS BONES, plaintiff or petitioner, move the court for leave to proceed in forma pauperis in the above-named action. I declare under penalty of perjury that the following facts are true:

1. I am the party initiating this action and I believe I am entitled to redress.

2. I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3. I am (check one) Single XXXX Married ___ Separated ___ Divorced ___

4. My responses to the following questions are true:

A. Are you presently employed in any capacity including a paying position while incarcerated as an inmate in a correctional center?
Yes ( XX ) No ( )

B. If so, by whom, what is your position, and what is your pay?
DIETARY WORKER $30.00 PER MONTH

C. If not, when were you last employed and what was your pay? This includes prior inmate positions?
N/A

D. Have you received money from any other source, including judgments, in the last 12 months? Yes ( ) No ( XXX) If yes, describe each source and state how much you received.

E. If you are presently incarcerated, how much money do you have in your institutional trust fund account? $5.00

F. If withdrawals were made from your institutional trust fund account during the past 12 months, please explain when, how much, and the purpose for which funds were used.

NONE

G. How much money do you have in private checking or saving accounts?

NONE

H. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, including audio visual equipment such as T.V.s, stereos, etc. (except for ordinary household furniture and clothing)? Yes ( ) No ( XXX)

If yes, describe the property and its approximate value:

NONE

I. Do you have any debts or obligations? Yes ( ) No ( XXXXX

If yes, list the amount owed, to whom, and any current payments that you are making.

NONE

J. List your dependents, state your relationship to them, and state how much you contribute to their support each month. Also, state how long you have contributed to that support and other means by which your dependents receive support.

NONE

K. Estimate the total amount of income or support that your dependents receive per month on an average, excluding your contributes to them.

NONE

I declare under penalty of perjury and fine that the foregoing is true and correct and that I have a continuing duty to advise the court of any changes in my financial position as stated above.

Cletus E. Bond
SIGNATURE

9-27-05
DATE

Date: 9/8/2005
Time: 8:48am

d_list_inmate_trans_statement_composite

# Hill Correctional Center
## Trust Fund
### Inmate Transaction Statement



REPORT CRITERIA - Date: 02/01/2005 thru End; Inmate: N43426; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: N43426 Bones, Cletus** **Housing Unit: HIL-R2-A -67**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 0.23 |
| 02/17/05 | Payroll | 20 Payroll Adjustment | 048163 | | P/R month of 01/2005 | 28.80 | 29.03 |
| 02/23/05 | Point of Sale | 60 Commissary | 054724 | 327745 | Commissary | -26.41 | 2.62 |
| 02/25/05 | Disbursements | 84 Library | 056363 | Chk #84563 | 02-17-05, Hill CC IBF: Copies, Inv. Date: 02/17/2005 | -.50 | 2.12 |
| 02/25/05 | Disbursements | 84 Library | 056363 | Chk #84563 | 02-01-05, Hill CC IBF: Copies, Inv. Date: 02/01/2005 | -1.60 | .52 |
| 02/25/05 | Disbursements | 84 Library | 056363 | Chk #84563 | 01-27-05, Hill CC IBF: Copies, Inv. Date: 01/27/2005 | -.40 | .12 |
| 03/17/05 | Payroll | 20 Payroll Adjustment | 076125 | | P/R month of 02/2005 | 28.80 | 28.92 |
| 03/22/05 | Point of Sale | 60 Commissary | 081721 | 330202 | Commissary | -24.74 | 4.18 |
| 03/28/05 | Disbursements | 81 Legal Postage | 087363 | Chk #84966 | 2/25, DOC: 523 Fund Reimbursem, Inv. Date: 02/25/2005 | -.83 | 3.35 |
| 03/28/05 | Disbursements | 90 Medical Co-Pay | 087363 | Chk #84966 | 03-16-05, DOC: 523 Fund Reimbu, Inv. Date: 03/16/2005 | -2.00 | 1.35 |
| 03/28/05 | Disbursements | 81 Legal Postage | 087363 | Chk #84966 | 2/25, DOC: 523 Fund Reimbursem, Inv. Date: 02/25/2005 | -1.29 | .06 |
| 04/15/05 | Payroll | 20 Payroll Adjustment | 105125 | | P/R month of 03/2005 | 26.08 | 26.14 |
| 04/21/05 | Point of Sale | 60 Commissary | 111705 | 332677 | Commissary | -16.62 | 9.52 |
| 04/28/05 | Disbursements | 84 Library | 118363 | Chk #85373 | 04-14-05, Hill CC IBF: Copies, Inv. Date: 04/14/2005 | -4.50 | 5.02 |
| 04/28/05 | Disbursements | 81 Legal Postage | 118363 | Chk #85382 | 4/15/05, DOC: 523 Fund Reimbur, Inv. Date: 04/15/2005 | -.37 | 4.65 |
| 04/28/05 | Disbursements | 81 Legal Postage | 118363 | Chk #85382 | 4/11/05, DOC: 523 Fund Reimbur, Inv. Date: 04/11/2005 | -3.85 | .80 |
| 05/13/05 | Payroll | 20 Payroll Adjustment | 133125 | | P/R month of 04/2005 | 28.80 | 29.60 |
| 05/16/05 | Disbursements | 81 Legal Postage | 136363 | Chk #85636 | 4/25/05, DOC: 523 Fund Reimbur, Inv. Date: 04/25/2005 | -.83 | 28.77 |
| 05/19/05 | Point of Sale | 60 Commissary | 139705 | 335108 | Commissary | -28.70 | .07 |
| 06/17/05 | Payroll | 20 Payroll Adjustment | 168125 | | P/R month of 05/2005 | 28.80 | 28.87 |
| 06/29/05 | Point of Sale | 60 Commissary | 180724 | 338870 | Commissary | -28.22 | .65 |
| 06/29/05 | Disbursements | 84 Library | 180363 | Chk #86108 | 06-01-05, Hill CC IBF: Copies, Inv. Date: 06/01/2005 | -.60 | .05 |
| 07/26/05 | Payroll | 20 Payroll Adjustment | 207125 | | June Adj | 30.00 | 30.05 |
| 07/27/05 | Point of Sale | 60 Commissary | 208724 | 340973 | Commissary | -29.96 | .09 |
| 08/12/05 | Payroll | 20 Payroll Adjustment | 224125 | | P/R month of 07/2005 | 28.80 | 28.89 |
| 08/25/05 | Point of Sale | 60 Commissary | 237724 | 343368 | Commissary | -26.72 | 2.17 |
| 08/26/05 | Disbursements | 84 Library | 238363 | Chk #86753 | 08-18-05, IDOC Central IBF, Inv. Date: 08/18/2005 | -1.20 | .97 |
| 08/26/05 | Disbursements | 80 Postage | 238363 | Chk #86754 | 8/19/05, DOC: 523 Fund Reimbur, Inv. Date: 08/19/2005 | -.46 | .51 |

| | |
|---|---|
| **Total Inmate Funds:** | .51 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 4.65 |
| **Funds Available:** | -4.14 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

# Hill Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 02/01/2005 thru End; Inmate: N43426; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: N43426 Bones, Cletus** **Housing Unit: HIL-R2-A -67**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | | Amount |
|---|---|---|---|---|---|---|
| 08/25/2005 | 08-25-05 | Disb | N43426 Library | 747 | IDOC Central IBF | $1.40 |
| 09/01/2005 | 09-01-05 | Disb | N43426 Library | 747 | IDOC Central IBF | $3.25 |
| | | | | | **Total Restrictions:** | **$4.65** |