E-FILED
Thursday, 06 October, 2005 12:58:58 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
OCT 0 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CLETUS BONES )
    PLAINTIFF )
)
VS )  CASE NO. 05-1302
)
ROGER E. WALKER JR., ET AL. )
)
    DEFENDANT )
)

## MOTION FOR APPOINTMENT OF COUNSEL

1) I, CLETUS BONES, DECLARE THAT I AM THE PLAINTIFF IN THE ABOVE-ENTITLED CASE. I FURTHER STATE THAT I AM UNABLE TO AFFORD THE SERVICES OF AN ATTORNEY. I HEREBY REQUEST THE COURT TO APPOINT COUNSEL TO REPRESENT ME IN THIS FOREGOING MATTER. SHOULD THE OOURT GRANT THE MOTION, I AGREE TO PROVIDE FOR PAYMENT OF ATTORNEY FEES OUT OF ANY RECOVERY I MIGHT OBTAIN IN THIS LEGAL MATTER.

2) IN SUPPORT OF MY MOTION, I DECLARE THAT I HAVE MADE THE FOLLOWING ATTEMPTS IN SUPPORT OF MY MOTION, BY WRITING TO ATTORNEYS TO REPRESENT ME IN THIS UNCONSTITUTIONAL INPRISONMENT SET FORTH BY THE ILLINOIS DEPARTMENT OF CORRECTIONS. THAT TO DATE THERE HAS YET TO BE ANY RESPONSE DUE TO THE FINANCIAL STATUS OF THIS PLAINTIFF, AND THE INABILITY TO RETAIN PRIVATE COUNSEL

3) IN FURTHER SUPPORT OF MY MOTION, I DECLARE THAT, I AM NOT CURRENTLY REPRESENTED (AND HAVE NOT BEEN REPRESENTED PREVIOUSLY) BY AN ATTORNEY APPOINTED BY THIS COURT IN THIS OR ANY OTHER CIVIL OR CRIMINAL PROCEEDING BEFORE THIS HONORABLE COURT.

4) IN FURTHER SUPPORT, I DECLARE, I HAVE ATTACHED AN ORIGINAL APPLICATION TO PROCEED IN FORMA PAUPERIS DETAILING MY FINANCIAL STATUS.

5) I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE.

/s/ *Cletus E. Bones*
CLETUS BONES
N-43426
HENRY HILL CORRECTIONAL CENTER
PO BOX 1700
GALESBURG, ILLINOIS
                    61401

DATED: 9-27-05