# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Cletus Bones N-43426** | ) | **WRIT OF HABEAS CORPUS** |
| Plaintiff | ) | **AD TESTIFICANDUM** |
| | ) | |
| | ) | |
| **vs** | ) | |
| | ) | **CASE NO. 05-1302** |
| **Roger E. Walker, Jr., et al** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** Hill Correctional Center at Galesburg, Illinois.

**WE COMMAND** that you produce the body of **Cletus Bones**, Register No. **N-43426**, in your custody at **10:15** AM at Illinois River Correctional Center Video Site on **10/25/05** to participate in a video conference and from time to time as he may be directed by the Court, in order that said prisoner may then and there respond to and answer such questions as may be asked him in the course of the hearing being conducted. At the termination of said hearing you may return him to the institution.

**WITNESS** the Honorable John M. Waters, CLERK of the United States District Court for the Central District of Illinois.

DATED:  October 6, 2005

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY:   s/ T. Kelch
       Deputy Clerk