# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA
# VIDEO WRIT

| CASE NAME:<br><br>Cletus Bones v Walker, et al | CASE NO.<br>05-1302 | Beginning Date of Hearing:<br><br>10/25/05 | Type of Hearing:<br>merit review hrg<br><br>Length of Hearing:<br>one hour |
|---|---|---|---|

**TO: THE WARDEN OF HILL CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

**PERSONS TO APPEAR BY VIDEO**
**ORDER OF APPEARANCE**

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Cletus Bones | N-43426 | Illinois River CC. | 10/25/05 | 10:15 AM |
| Judge Baker | n/a | Urbana Courthouse | 10/25/05 | 10:15 AM |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: 10/6/05

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _s/ T. Kelch_____
      DEPUTY CLERK

CC: Video Clerk
 Faxed to: Warden of Hill Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98

# FAX TRANSMISSION

**CENTRAL DISTRICT OF ILLINOIS**
309 Federal Building, 100 N.E. Monroe
Peoria, IL 61602
309-671-7117
Fax: 309-671-7120

**To:** IRCC 309-647-0353  **Date:** 10/06/05
Hill Correctional Center 309/343-3812
Urbana Video Clerk, 217/373-5834

**Pages:** 2, including this cover sheet.

**From:** Terry

**Subject:** Scheduling of Video Conferencing Equipment

COMMENTS:
    Wardens:
        Attached is the video writ for inmate/witnesses at your institution./location.  Please refer to the attached schedule and call if you have any questions.

# FAX TRANSMISSION

CENTRAL DISTRICT OF ILLINOIS
309 FEDERAL BUILDING, 100 N.E. MONROE
PEORIA, IL 61602
309-671-7117
FAX: 309-671-7120

| | | | |
|---|---|---|---|
| **To:** | IDOC, Video Scheduler, | **Date:** | 10/6/05 |
| **Fax #:** | 217/524-6856 | **Pages:** | 2, including this cover sheet. |
| **From:** | Terry | | |
| **Subject:** | Scheduling of Video Conferencing Equipment | | |

COMMENTS:  This is for 05-1302

       IDOC, Video Scheduler:
          Please schedule the video time as indicated.  THIS IS A POINT-TO-POINT CONNECTION. If you have any questions, please do not hesitate to call me.

       *Confirmation needed*

Format and wording approved by IDOC Legal Counsel 2/11/98