E-FILED
Thursday, 13 October, 2005 01:58:06 PM
Clerk, U.S. District Court, ILCD

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

Cletus Bones
Petitioner

v.

Walker, et al
Respondent

**FILED**
OCT 1 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

No. 05-1302

## MOTION FOR APPOINTMENT OF COUNSEL

The undersigned (Petitioner) Cletus Bones, respectfully moves the Court to appoint Counsel for him in this Cause. In Support, (Petitioner) States:

1. I have been incarcerated continuously since March 29, 1999, and am presently held in custody and residing at the Henry Hill Correctional Center in Galesburg, IL, County of Knox.

2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.

3. I am without the services of Counsel to represent me in this matter and I wish the Court to appoint Counsel to represent me in this matter.

4. I have a Constitutional right to access to the Court. Without the assistance of Counsel, my access to the Court will not be adequate, effective or meaningful because: I am not versed in the Law and that I need somebody to build my proceeding procedure. Scheduled on Oct. 25, 2005, A Merit Review Hearing by Video Conference before the Hon. Judge Harold A. Baker.

5. My (Claim) in this matter is not frivolous or malicious, but is colorable and meritorious.

6. Since this matter concerns the (Condition and duration) of my confinement, I have sought institutional/administrative review of this matter through the proper grievance procedures before this action was filed.

In addition:

Based upon the error's that was made by the I.D.O.C. and Parole Agency in 1997, in failing to Correct my Mittimus and Records within their Computer Database cause my grievance's to be ignored-disregarded and denied. (See: Ex's)

Wherefore, Petitioner Cletus Bones,- N43426, respectfully requests that Counsel be appointed to represent him in this Subject.

State of IL, County of Knox
Signed before me on this 11 day of Oct, 2005.
Notary Public: Lenard E. Palmer

"OFFICIAL SEAL"
Lenard E. Palmer
Notary Public, State of Illinois
My Commission Exp. 09/29/2007

Cletus Bones
Cletus Bones, N-43426

Cletus Bones, N-43426
Henry Hill, Corr. Ctr.
P.O. Box 1700
Galesburg, Illinois,
61401.

Petitioner, Pro Se

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA
### VIDEO WRIT

**E-FILED**
Thursday, 06 October, 2005 02:39:11 PM
Clerk, U.S. District Court, ILCD

| CASE NAME: Cletus Bones v Walker, et al | CASE NO. 05-1302 | Beginning Date of Hearing: 10/25/05 | Type of Hearing: merit review hrg  Length of Hearing: one hour |
|---|---|---|---|

**TO: THE WARDEN OF HILL CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Cletus Bones | N-43426 | Hill Corr Center | 10/25/05 | 10:15 AM |
| Judge Baker | n/a | Urbana Courthouse | 10/25/05 | 10:15 AM |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: 10/6/05

JOHN M. WATERS, CLERK
UNITED STATES DISTRICT COURT

BY: _s/ T. Kelch_____
DEPUTY CLERK

CC: Video Clerk
Faxed to: Warden of Hill Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98

## Other Orders/Judgments
1:05-cv-01302-HAB-JAG Bones v. Walker et al

### U.S. District Court

### Central District of Illinois

Notice of Electronic Filing

The following transaction was received from TK, ilcd entered on 10/6/2005 at 2:01 PM CDT and filed on 10/6/2005
**Case Name:** Bones v. Walker et al
**Case Number:** 1:05-cv-1302
**Filer:**
**Document Number:**

**Docket Text:**
MERIT REVIEW ORDER Entered by Judge Harold A. Baker on 10/6/05 : This case is set for merit review. The court is required by 28 U.S.C. Section 1915A to "screen" the plaintiff's complaint, and through such process to identify and dismiss any legally insufficient claim, or the entire action if warranted. A claim is legally insufficient if it "(1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (2) seeks monetary relief from a defendant who is immune from such relief." The plaintiff must be prepared to identify each of his claims and defendants during the hearing. The clerk is to notify the plaintiff's place of incarceration and to issue a writ for the plaintiff's participation in the video conference call. Merit Review Hearing set for 10/25/2005 at 10:15 AM by video conference (court to initiate conference) before Judge Harold A. Baker. (TK, ilcd)

The following document(s) are associated with this transaction:

**1:05-cv-1302 Notice will be electronically mailed to:**

**1:05-cv-1302 Notice will be delivered by other means to:**

Cletus Bones
N-43426
HCC
Hill Correctional Center
PO Box 1700
600 Linwood Rd
Galesburg, IL 61401

AFFIDAVIT OF SERVICE

I, _Cletus Bones_, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party(ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at _Henry Hill_ Correctional Center, _Galesburg_, Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid postage thereon, on this _11_ day of _Oct._, 20_05_.

_Cletus Bones_
Signature

VERIFICATION

I, _Cletus Bones_, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents;

and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_Cletus Bones_
(Your signature)

Revised Jan 2002