10-14-05

TO: Clerk of The Court
U.S. District Court Central
District of Illinois
100 N.E. Monroe St. Suite #309.
Peoria, Illinois, 61602.

) Bones v. Walker etal
) NO. 1:05-cv-1302
)
) **FILED**
) OCT 1 7 2005
)
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FROM: Cletus Bones
#N-43426
Henry Hill Corr Ctr.
P.O. Box 1700
Galesburg, IL. 61401.

Re: Requesting Copy of Complaint Stamped Filed.

Dear Clerk, On October 4th 2005, I Mailed my Complaint to your Office along with (6) other Copies of the Same, in hopes one Copy will be Stamped Filed and Returned back to me for my personal Records. Whereas, if inquired upon I will be able to Recite the facts within. However, unfortunately I did not keep a Copy for my Records and I appreciate it very much if you could grant this Request as Soon as possible. I have a Merit Review Hearing set for 10-25-2005. by Video Conference before the Hon: Judge Harold A. Baker.

I await your Reply at your earliest Convenience.

Respectfully Requesting
Cletus Bones