# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**Cletus Bones**

vs.                                                                                           Case Number:   **05-1302**

**Roger E. Walker, Jr.; Donald Snyder;
Donald Hulick; Severia Morris; and
Terri Anderson**

 **DECISION BY THE COURT**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §1915A.

ENTER this 26th day of October, 2005

s/John M. Waters
JOHN M. WATERS, CLERK


____s/M. Leininger_____
BY:  DEPUTY CLERK