IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

E-FILED
Thursday, 03 November, 2005 04:16:16 PM
Clerk, U.S. District Court, ILCD

FILED
NOV - 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CLETUS BONES, ) | |
| PLAINTIFF ) | |
| VS ) | CASE NO. 05-CV-1302 |
| ROGER E. WALKER, ET.AL. ) | |

**MOTION FOR ENLARGEMENT OF TIME**
**INSTANTER**

NOW COMES, CLETUS BONES, PRO-SE, AND MOVES THIS HONORABLE COURT, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, **RULE 6(B)**, TO CONSIDER THE FOREGOING **MOTION FOR ENLARGEMENT OF TIME INSTANTER**, OF 30 DAYS, UP TO AND INCLUDING NOVEMBER 26, 2005.

THE PLAINTIFF IN THE FOREGOING MATTER INTENDS TO FILE A MOTION FOR RE-HEARING AND THE ADDITTIONAL TIME IS NECESSARY TO PROVIDE THAT MOTION DUE TO THE INCARCERATION OF THE PLAINTIFF.

AN **AFFIDAVIT** IS APPENDED IN SUPPORT OF THE FOREGOING MOTION.

WHEREFORE, MOVANT PRAYS THE COURT WILL GRANT THE FOREGOING MOTION.

RESPECTFULLY SUBMITTED,

*Cletus E. Bones*
CLETUS BONES

STATE OF ILLINOIS)
                 )-SS-
COUNTY OF KNOX   )

## AFFIDAVIT

I, CLETUS BONES, PLAINTIFF, DO HEREBY DECLARE AND AFFIRM UNDER PENALTY AND PERJURY, THAT EVERYTHING CONTAINED HEREIN IS TRUE AND ACCURATE. I, DO DECLARE AND AFFIRM THAT THE MATTER AT HAND IS NOT TAKEN EITHER FRIVOLOUSLY OR MALICIOUSLY AND THAT I BELIEVE THE FOREGOING MATTER IS TAKEN IN GOOD FAITH. IN FURTHER SUPPORT STATES THAT;

1) THE PLAINTIFF, CLETUS BONES WILL BE FILING A PETITION FOR RE-HEARING IN THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS
2) ON OCTOBER 26, 2005 HONORABLE JUDGE BAKER DISMISSED THE PLAINTIFF'S PETITION FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED
3) THE PLAINTIFF RECEIVED THE COURTS ORDER ON OCTOBER 27, 2005.
4) THE PLAINTIFF IS CURRENTLY EMPLOYED WITHIN THE ILLINOIS DEPARTMENT OF CORRECTIONS AND ONLY RECEIVES A HOUR A WEEK IN THE LEGAL LIBRARY TO RESEARCH AND PREPARE PETITION.
5) THE PLAINTIFF BELIVES IN GOOD FAITH THAT HE HAS A CLAIM AND THAT UNDER SPENCER VS KEMNA, 523 U.S. 1, 118 S.CT. 978, 140 L.ED.2D 43(1998) HE FALLS WITHIN THE SCOPE THAT WAS PRESENTEND FROM THE COURT.
6) IN ORDER FOR THE PLAINTIFF TO FUNDAMENTALLY RESEARCH IN ORDER TO PREPARE THIS PETITION THE PLAINTIFF IS REQUESTING AN ADDITIONAL 30 DAYS OR UNTIL NOVEMBER 26, 2005 TO FILE HIS PETITION FOR RE-HEARING IN THIS CIVIL MATTER.
7) THAT DUE TO THE MANDAMUS WHICH WAS FILED BY THE PLAINTIFF, THAT THE PLAINTIFF COULD NOT STATE A CLAIM ON HIS DURATION OF CONFINEMENT UNITL THAT MANDAMUS HAD BEEN SETTLED(8-05-2005)

/S/ *Cletus E. Bones*
CLETUS BONES
N-43426
HENRY HILL CORR.CNTR.
PO BOX 1700
GALESBURG, ILLINOIS 61401

SUBSCRIBED AND SWORN BEFOR ME
OM THIS __01__ DAY OF _Nov._, 2005

_Lenard E. Palmer_
NOTARY PUBLIC

"OFFICIAL SEAL"
Lenard E. Palmer
Notary Public, State of Illinois
My Commission Exp. 09/29/2007

## NOTICE OF FILING/PROOF OF SERVICE

TO: UNITED STATES DISTRICT COURT

ATTN: JOHN M. WATERS (OFFICE OF THE CLERK)

CENTRAL DISTRICT OF ILLINOIS

201 S. VINE STREET, ROOM 218, URBANA, ILLINOIS, 61802

ATTN: Clerk; **Would you please stamp one copy filed and return to me as my receipt?**

TO: _____

ATTN: _____

_____

_____

## CERTIFICATE OF SERVICE

I, ___CLETUS BONES___, swear under penalty of perjury that I served the above the attached: _____

___MOTION FOR ENLARGEMENT OF TIME (FED.RULE 6(B)___

by placing said documents in the U.S. Mail, first class postage prepaid in a U.S. Postal Box marked the same, at Henry Hill Correctional Center on the date signed hereon by the below Notary Public.

AFFIANT:

*Cletus E. Bones*
[Name & Reg. #]
Henry Hill Corr. Center
P.O. Box 1700
Galesburg, Illinois 61401

Subscribed And Sworn Before Me
This _01_ Day Of _November, 2005_
_Lenard E. Palmer_
NOTARY PUBLIC

"OFFICIAL SEAL"
Lenard E. Palmer
Notary Public, State of Illinois
My Commission Exp. 09/29/2007

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
OFFICE OF THE CLERK
ROOM 309
FEDERAL BUILDING
100 N.E. MONROE
PEORIA, ILLINOIS 61602


CLETUS BONES N-43426
HCC
PO BOX 1700
600 LINWOOD RD.
GALESBURG, ILLINOIS 61401

                    RE/05-CV-1302

OFFICE OF THE CLERK,

   ON 10/20/05 THE HONORABLE JUDGE BAKER ENTER AN ORDER STATING THAT THE ABOVE PLAINTIFF MAY RECEIVE ADDITIONAL COPIES AT THE COST OF THE PLAINTIFF. THE PLAINTIFF CURRENTLY DOES NOT HAVE ANY COPIES OF THE COMPLAINT OTHER THEN THE 6 COPIES OF THE MAIN BODY WHICH WAS SUPPLIED BY THE CLERK. THE PLAINTIFF IS ASKING THE CLERK TO SUPPLY THE COST WHICH WOULD BE INCURRED TO RECIVE THE ADDITIONAL 52 COPIES OF THE COMPLAINT FILED. THE PLAINTIFF IS CURRENTLY UNDER THE POOR PERSON ACT AND WOULD REQUEST THAT THE AMOUNT IN WHICH IT WOULD COST BE SUPPLIED SO IT WOULD BE TAKEN FROM THE INMATES TRUST FUND ACCOUNT. WILL YOU PLEAS SUPPLY ME WITH THE INFORMATION THAT IS REQUESTED. THANK YOU FOR YOUR TIME AND CONSIDERATION.

                         /S/ _Cletus E. Bones_
                              CLETUS BONES

State of _FL_, County of _Knox_
Signed before me on this __01__ day
of __Nov__, 19_05_
Notary Public _Lenard E. Palmer_

"OFFICIAL SEAL"
Lenard E. Palmer
Notary Public, State of Illinois
My Commission Exp. 09/29/2007