E-FILED
Monday, 12 December, 2005 03:30:13 PM
Clerk, U.S. District Court, ILCD

12-7-05

TO: U.S. District Court Ctr.
District of Illinois
Office of The Clerk, Rm. 309
Federal Building
100 N.E. Monroe.
Peoria, Illinois. 61602

From: Cletus E. Bones
#N-43426
Henry Hill, Corr. Ctr.
P.O. Box. 1700
Galesburg, IL. 61401.

FILED
DEC 1 2 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Case No.: 05-CV-1302

Regarding: Status Report on the Nov. 1, 2005 written Request to Retrieve the additional (52 copies) of Complaint Filed. and to have the amount in which it would Cost taken from Plaintiffs inmates Trust Fund Account.

The Plaintiff is Currently under the poor person Act, and he Respectfully Requests that the Court will grant his Request and have Clerk to forward him the additional 52 Copies of the Complaint Filed and as well the Cost of.
Thank you for your time & Consideration. I await.
Mr. Cletus E. Bones.