IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CLETUS BONES )
PLAINTIFF )
)
)
)
)
ROGER E. WALKER, ET. AT. )
DEFENDANT'S

**FILED**

DEC 27 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE No. 05-CV-1302

MOTION FOR STATUS

NOW COMES, PLAINTIFF CLETUS BONES, PRO SE WITH HIS MOTION FOR STATUS AND HEREIN STATES:

1. ON OR ABOUT November, 22, PLAINTIFF FILED HIS PETITION FOR RE-HEARING BY PLACING HIS PETITION IN THE UNITED STATES MAIL SYSTEM AT THE HENRY, HILL CORRECTION CENTER, IN GALESBURG, IL. 61401.

2. AS OF THIS FILING PLAINTIFF HAS RECEIVED NO OR LIMITED CORRESPONDENCE FROM THE CLERK OF THE COURT IN THIS CASE.

3. PLAINTIFF SEEKS THE STATUS OF THE PETITION FOR RE-HEARING.

4. ~~PLAINTIFF SEEKS THE CASE NUMBER TO KNOW WHETHER SUMMONS HAVE BEEN SERVED, AND WHETHER HE CAN PROCEED IN FORMA PAUPERIS.~~

5. PLAINTIFF HAS NO IDEA WHAT THE STATUS OF HIS PETITION IS.

WHEREFORE, PLAINTIFF CLETUS BONES, RESPECTFULLY REQUEST THIS HONORABLE COURT TO GRANT HIS MOTION FOR STATUS AND THAT THIS HONORABLE COURT DIRECTS THE CLERK OF THE COURT TO ADVISE PLAINTIFF OF THE STATUS OF HIS CASE.

RESPECTFULLY SUBMITTED,

Cletus Bones
N-43426

## AFFIDAVIT OF SERVICE

I, _Cletus Bones_, state that I served a copy of the document to which this affidavit is attached upon each party, or, if represented by counsel, upon the attorney of record for said party(ies) by enclosing the same in a sealed envelope plainly addressed as is disclosed by the pleadings of record herein and by depositing each of such envelopes in the box designated for United States mail at _Henry Hill_ Correctional Center, _Galesburg_ Illinois, together with the appropriate request to the prison official responsible to affix fully prepaid postage thereon, on this _22_ day of _December_, 20_05_.

_Cletus Bones_
Signature

## VERIFICATION

I, _Cletus Bones_, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents;

and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_Cletus Bones_
(Your signature)

Revised Jan 2002