E-FILED
Thursday, 05 January, 2006  03:05:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
201 VINE ST.
URBANA, ILLINOIS 61802-3348

CLETUS BONES #N-43426
HENRY HILL CORR.CNTR.
PO BOX 1700
GALESBURG, ILLINOIS

DATE; JANUARY 3, 2006

RE/ 05-CV-1302
(BONES V. WALKER, ET.AL.)

UNITED STATES CENTRAL DISTRICT COURT'S CLERK;

   THE PLAINTIFF, CLETUS BONES IN THE ABOVE CAPTIONED MATTER IS REQUESTING THE CENTRAL DISTRICT CLERK TO SET A DATE FOR A STATUS HEARING IN REGARDS TO A PETITION FOR RE-HEARING WHICH WAS FILED BY THE PLAINTIFF ON NOVEMBER 22, 2005 IN THE UNITED STATES CENTRAL DISTRICT COURT. IN SUPPORT THE PLAINTIFF STATES AS FOLLOWS;

   1) THE PLAINTIFF IS CURRENTLY INCARCERATED IN THE ILLINOIS DEPARTMENT OF CORRECTIONS.

   2) THE PLAINTIFF FILED A U.S. 1983 IN THE CENTRAL DISTRICT OF THE UNITED STATES COURT.

   3) HONORABLE JUDGE BAKER DIMISSED THE COMPLAINT FOR FAILURE TO STATE A CLAIM IN WHICH RELIEF MAY BE GRANTED.

   4) ON NOV 1, 2005 THE PLAINTIFF FILED A ENLARGEMENT OF TIME INSTANTER WITHIN THE PERIOD OF TIME ALLOWED BY RULES OF CIVIL PROCEDURE.

   5) ON NOV. 22, 2005 THE PLAINTIFF FILED A PETITION FOR REHEARING STATING THAT THE CASE HAS MERITS IN WHICH RELIEF MAY BE GRANTED.

   6) THE PLAINTIFF CONTENDS THAT HE COULD NOT HAVE FILED A U.S.C. 1983 UNTIL THE STATE COURT HAD MADE A DECISION ON THE MANDAMUS RELIEF, WHICH WAS NOT ORDERED UNTIL AUGUST OF 2005.

   7) THE PETITION FOR RE-HEARING SETS FORTH THE PLAINTIFF'S CONTENTION OF THE MERITS ENVOLVED.

   8) THERE HAS BEEN NO RESPONSE FROM THE COURT TO DATE AS TO THE PETITION FOR REHEARING.

WHEREFORE DUE TO THE FOLLOWING REASONS IN SUPPORT OF A REQUEST FOR STATUS HEARING, THE PLAINTIFF RESPECTFULLT REQUEST THAT THE UNITED STATES CENTRAL DISTRICT CLERK SET A DATE TO BE DETERMINED BY THE COURT FOR A STATUS HEARING.

RESPECTFULLY SUBMITTED,

/S/ *Cletus Bones*
CLETUS BONES N-43426

State of IL, County of Knox
Signed before me on this 03 day
of Jan, 19 06
Notary Public *Lenard E. Palmer*

"OFFICIAL SEAL"
Lenard E. Palmer
Notary Public, State of Illinois
My Commission Exp. 09/29/2007

CC:

PAGE 2