E-FILED
Thursday, 13 April, 2006  11:35:33 AM
Clerk, U.S. District Court, ILCD

April 10, 2006

TO: Clerk Office of
U.S. Dist. Court, Ctr.
Dist. of IL.  Room #216

From: Cletus Bones
160 N. Pine Ave.
Chicago, IL. 60644

Case No. #1:05cv1302

**FILED**

APR 1 2 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

Dear Clerk, I am hereby notifying your office of my new address listed above & follow.

Cletus Bones
160 N. Pine Ave.
Chicago, IL. 60644.

Thank you for your time.

Sincerely,
Cletus Bones